**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                           **CASE NO.: 2:18-CR-070
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE KING**

**ABDOULAYE MOMO CAMARA,**

    **Defendant.**

## ORDER

On May 24, 2018, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant's plea of guilty to Count 28 of the 36 Count Information, entering a plea of guilty for assisting in filing false tax returns, in violation of 26 U.S.C. §7206(2). Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Count 28. Defendant is hereby adjudged guilty of assisting in the filing of false tax returns.

**IT IS SO ORDERED.**

                                    */s/ George C. Smith*
                                    **GEORGE C. SMITH, JUDGE**
                                    **UNITED STATES DISTRICT COURT**